UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:24-cv-10848-RGK-SK | Date | June 26, 2025 |
|---|---|---|---|
| Title | Maria Garcia v. NZB Properties LLC et al | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Joseph Remigio | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:**     **(IN CHAMBERS) Order to Show Cause re Dismissal for Lack of Prosecution**

The court, on its own motion, orders plaintiff(s) to show cause <u>on</u> **July 7, 2025, at 9:00 a.m.**, before Judge R. Gary Klausner, why this action should not be dismissed for lack of prosecution as to certain defendant/s in Plaintiff's Failure to file a Motion for Default Judgment.

**A stipulation to extend dates or a notice of settlement do not constitute a proper response to this order.**

**Plaintiff to serve this order on any non-appearing defendant/s who have been formally served and file a proof of service thereon**.